■ In the Matter of JOHN J. FLETCHER, SR., Petitioner, v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination unanimously modified to reduce penalty to suspension of license for ninety days, and as modified, determination confirmed, without costs. Memorandum: The penalty imposed by the respondent was an improvident exercise of discretion and excessive. (Review of determination suspending petitioner's operator's license, transferred by order of Oneida Special Term.) Present — Bastow, P. J., Goldman, Del Vecchio, Marsh and Witmer, JJ.

■ CHARLES SPINA, Appellant, v. MANUEL PEREZ et al., Respondents. (Action No. 1.) MANUEL PEREZ et al., Respondents, v. CHARLES SPINA et al., Appellants. (Action No. 2.) — Order unanimously modified to extend stay to and including the October 1968 Term of Supreme Court Onondaga County, and as modified, order affirmed, without costs. (Appeal from order of Onondaga Trial Term, staying trial and denying motion to place cases on military calendar.) Present — Bastow, P. J., Goldman, Del Vecchio, Marsh and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEROY BARTON, Appellant.— Order unanimously reversed and case remitted to Monroe County Court for a new hearing. Memorandum: The People have the burden to prove beyond a reasonable doubt that the statement was voluntarily made (*People* v. *Williams,* 28 A D 2d 1080); and we deem it improper to recognize such burden and yet require the defendant upon the hearing to proceed first with his evidence. It was error to preclude the defendant from testifying that upon entering the police station he asked to call his attorney and was denied the privilege (*People* v. *Donovan,* 13 N Y 2d 148; *People* v. *Failla,* 14 N Y 2d 178). We also believe that in a hearing involving the several contentions as made by the defendant herein, the court should make findings of fact (*People* v. *Veitch,* 25 A D 2d 494; cf. *People* v. *Alfinito,* 16 N Y 2d 181; *People* v. *Rivera,* 21 N Y 2d 871). (Appeal from order of Monroe County Court, denying, following a hearing, motion to vacate judgment of conviction for possession and sale of narcotics, rendered December 5, 1962.) Present — Bastow, P. J., Del Vecchio, Marsh, Witmer and Henry, JJ.